# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

**CHRISTINA HERNANDEZ**,
                Plaintiff,

      v.                          Case No. **23-CV-349**

**MARTIN O'MALLEY,**
**Commissioner of Social Security**,
                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is **vacated**, and pursuant to 42 U.S.C. § 405(g), sentence four, this matter is **remanded** for further rulings consistent with this decision.

Date: February 13, 2024

                                      Gina M. Colletti, Clerk of Court
                                      EASTERN DISTRICT OF WISCONSIN
                                      (By) Deputy Clerk, *s/Evan Romel*
                                      Approved this 13th day of February, 2024.

                                      WILLIAM E. DUFFIN
                                      United States Magistrate Judge